GERALD J. DI CHIARA  
Attorney at Law

585 Stewart Avenue, Suite L-16  
Garden City, New York 11530  
(212)679-1958

Laura Di Chiara, Esq.



November 23, 2020

Honorable Judge Katherine Polk Failla  
U.S. District Court  
S.D.N.Y.  
500 Pearl Street  
N.Y., N.Y. 10007

      Re: **U.S. v. John Felipe**  
         18 Cr 744

Dear Judge Failla,

  In response to the Court's inquiry relating to the Motion for Compassionate Release submitted by John Felipe, the Court having reappointed me for this purpose, I will submit a supplement to his motion for the Court's consideration.

  I hereby request that the Court allow me to file this supplement, on or before December 11, 2020.

                Sincerely,

                 /s/  
                Gerald J. Di Chiara

So Ordered: _____  
      Judge Katherine Polk Failla

Application GRANTED. The parties shall adhere to the following briefing schedule: Defense counsel's supplemental submission is due on or before December 11, 2020; the Government's response is due on or before December 18, 2020; and the Defendant may submit a reply on or before January 2, 2021.

Dated:     November 23, 2020          SO ORDERED.
          New York, New York

*[signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE